IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY WILLIAMS, et al.,

   Plaintiffs,

    v.

COBB COUNTY SHERIFF'S OFFICE, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-3567-TWT

**ORDER**

This is a civil rights action. It is before the Court on the Renewed Motion for Entry of Final Judgment [Doc. 39] by Defendants Cobb District Attorney's Office and District Attorney Pat Head which is GRANTED there being no reason for delay. The Clerk is directed to enter a final judgment in favor of the Defendants Cobb District Attorney's Office and District Attorney Pat Head under Rule 54(b).

SO ORDERED, this 6 day of November, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Williams\13cv3567\judgment.wpd